UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: )
) Case No. 10-38205-pp
KIWANA D. SHERROD, ) Chapter 13
)
Debtor. )

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Kiwana D. Sherrod has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

>Clerk of Bankruptcy Court
>517 E. Wisconsin Avenue, Room 126
>Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

>Nathan E. DeLadurantey
>DeLadurantey Law Office, LLC
>735 W. Wisconsin Avenue, Suite 720
>Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: **surrender 2005 dodge caravan and account for one-half of 2011 and 2012 net tax refunds.**

4. The reason(s) for the modification is/are:

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed or last modified on February 04, 2011 is modified as follows:

    > **i. The debtor shall pay $195 every two-weeks to the Trustee via periodic payroll deductions for the duration of the plan.**
    >
    > **ii. This amended plan shall serve as notice to creditors of the debtor's intent to surrender her 2005 Dodge Caravan. The debtor surrenders her interest in the van in satisfaction of secured proof of claim #3 filed by Automax Financial, LLC, DBA CNAC.**
    >
    > **iii. The debtor's regular plan payments to the trustee shall include one-half of 2010, 2011 and 2012 net tax refunds received but not yet turned over to the Trustee.**
    >
    > **iv. Creditors with allowed unsecured claims shall receive $0.00, plus a dividend in an amount equal to one-half of the 2010, 2011 and 2012 net tax refunds received but not yet turned over to the Trustee.**

2

B. _____ The unconfirmed Chapter 13 Plan dated is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for the debtor, Kiwana D. Sherrod, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

/s/ Nathan E. DeLadurantey          April 9, 2014

Counsel for the debtor                    Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: April 9, 2014.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

A copy of the foregoing filed electronically on April 09, 2014 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on April 09, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203

The attached creditor matrix

/s/Caitlin York, Paralegal
(Electronically file by)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 10-38205-pp<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue Apr  8 13:39:55 CDT 2014 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | % AT&T Services Inc.<br>Attorney: James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 |
| Account Recovery Servi<br>3031 N 114th St<br>Wauwatosa, WI 53222-4218 | Account Recovery Services<br>3031 N. 114th St.<br>Milwaukee, WI 53222-4218 | American InfoSource LP as agent for<br>Check N Go<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Americollect Inc behalf/Menomonee Falls Ambu<br>PO Box 1566<br>Manitowoc WI 54221-1566 | Aurora Advanced Health Care<br>PO Box 091700<br>Milwaukee, WI 53209-8700 |
| Aurora Health Care<br>Attn: Hospital Collection<br>3301 W. Forest Home Avenue<br>Milwaukee, WI 53215-2843 | Aurora Health Care<br>PO Box 341100<br>Milwaukee, WI 53234-1100 | Aurora Medical Group<br>PO Box 341457<br>Milwaukee, WI 53234-1457 |
| Automax Financial, LLC, DBA CNAC<br>PO Box 56<br>Elm Grove, WI 53122-0056 | Check 'n Go<br>4847 North 76th Street<br>Milwaukee, WI 53218-3826 | Cnac - Wi101<br>7776 N 76th St<br>Milwaukee, WI 53223-3912 |
| Collection<br>700 Longwater Dr<br>Norwell, MA 02061-1796 | Credit Management Cont<br>200 S Monroe Ave Ste 206<br>Green Bay, WI 54301-4059 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Enhancrcvrco<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Falls Collection Svc<br>Po Box 668<br>Germantown, WI 53022-0668 |
| First Rate Financial<br>9228 W. Capitol Drive<br>Milwaukee, WI 53222-1533 | First Revenue<br>4500 Cherry Creek Dr South<br>Denver, CO 80246-1518 | (p)GET IT NOW LLC<br>3726 S 27TH STREET<br>MILWAUKEE WI 53221-1305 |
| Get It Now, LLC<br>7610 W. Capitol Drive<br>Milwaukee, WI 53222-2012 | Harris & Harris, LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kowalski Dental Offices<br>4878 N. Swan Road, #1<br>Milwaukee, WI 53225-4121 | Menomonee Falls Ambulatory Surgery<br>Americollect Inc.<br>PO Box 1566<br>Manitowoc, WI 54221-1566 | Meta Bank-loc/ Money Power line of credi<br>Jackson Hewitt I Power Card<br>Po Box 71402<br>Salt Lake City, UT 84171-0402 |

| | | |
|---|---|---|
| Mhfs<br>Po Box 1996<br>Milwaukee, WI 53201-1996 | Nco Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044-2368 | Northstar Loans<br>6215 North Teutonia Avenue<br>Milwaukee, WI 53209-3648 |
| Omni Cr Svcs<br>333 Bishops Way 100<br>Brookfield, WI 53005-6223 | Prfdcredco<br>8301 N 76th St<br>Milwaukee, WI 53223-3207 | Prime Financial Cu<br>5656 S Packard Ave<br>Cudahy, WI 53110-2658 |
| Professional Placement<br>272 N 12th St<br>Milwaukee, WI 53233-2604 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C 29304-1893 | Security Finance DBA SFWI<br>SFC-Central Bankruptcy and<br>Recovery Department<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| (p)SPEEDY LOAN CORP<br>PO BOX 26275<br>WAUWATOSA WI 53226-0275 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State Collection Servi<br>Attn: Bankruptcy<br>Po Box 6250<br>Madison, WI 53716-0250 |
| State Collection Service<br>Attn: Bankruptcy<br>Po Box 6250<br>Madison, WI 53716-0250 | Summit Credit Union<br>PO Box 8046<br>Madison, WI 53708-8046 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 |
| Tri-state Adjustments<br>1305 N Barker Rd Ste 7-8<br>Brookfield, WI 53045-5236 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614-1501 | Wisconsin Bell, Inc.<br>c/o AT&T Services Inc.<br>Attorney: James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 |
| Wisconsin Department of Revenue<br>Attn: Special Procedures<br>PO BOX 8901<br>Madison WI 53708-8901 | Kiwana D. Sherrod<br>5706 N. 65th Street<br>Milwaukee, WI 53218-2329 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |
| Nathan E. DeLadurantey<br>DeLadurantey Law Office<br>735 W. Wisconsin Avenue<br>Suite 720<br>Milwaukee, WI 53233-2413 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect<br>Po Box 1566<br>Manitowoc, WI 54221 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Stop N781<br>Philadelphia, PA 19114 | Get It Now<br>5700 Tennyson Park<br>Plano, TX 75024 |